# EMPLOYMENT DISCRIMINATION COMPLAINT (PRO SE)

**Plaintiff:**
Ashanti Bell
35 Tidwell Farms Dr
Powder Springs, GA 30127

**Defendant:**
Joe Posey
140 E Rawson Ave
Oak Creek, WI 53154

26-C-176

U.S. District Court
Wisconsin Eastern
FEB -2 2026
FILED
Clerk of Court

## JURISDICTION
This action is brought under federal employment discrimination laws enforced by the Equal Employment Opportunity Commission (EEOC), including Title VII of the Civil Rights Act of 1964. The discriminatory acts occurred in the State of Wisconsin. This Court has subject matter jurisdiction over this action.

## STATEMENT OF FACTS
Plaintiff was employed by Defendant in Wisconsin. During Plaintiff's employment, Plaintiff was subjected to unlawful discrimination based on a protected characteristic under federal law. Plaintiff experienced adverse employment actions, including unequal treatment and termination and/or discipline, after engaging in protected activity and/or because of Plaintiff's protected status.

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC). On November 14, 2025, the EEOC issued a Determination and Notice of Rights (Notice of Right to Sue), which Plaintiff received via email.

## RELIEF REQUESTED
Plaintiff seeks all relief available under the law, including but not limited to back pay, compensatory damages, punitive damages where applicable, attorney's fees if later represented by counsel, costs, and any other relief the Court deems just and proper.

## JURY DEMAND
Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Ashanti Bell
Plaintiff, Pro Se

Date: December 12, 2025

*/s/ Ashanti Bell*